# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Amado Marin-Bustamante )

CASE NUMBER 18mj3373-RNB

ABSTRACT OF ORDER

Booking No. 70494248

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/27/18 the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for ___ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Robert N. Block
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Received _____ DUSM

OR
JOHN MORRILL Clerk
by _____ Deputy Clerk

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY